Bonnie L. Nickell, Plaintiff-Appellee, v. William L. Nickell, Defendant-Appellant.

Gen. No. 68–197. (Abstract of Decision.)

Second District.

September 11, 1969.

Kenneth D. Palmer, of Rockford, for appellant; Berry, Simmons & Coplan, of Rockford, for appellee. Opinion by PRESIDING JUSTICE MORAN. Not to be published in full.